**ATTACHMENT A**
**Statement of Facts: Terry Johnson**

*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial.*

On February 19, 2011, **TERRY JOHNSON** met with a confidential informant ("CI") for law enforcement and agreed to sell the CI a firearm for $300. The CI told **JOHNSON** that the CI would be ready to buy the firearm the following week. **JOHNSON** told the CI that he needed money and would have to sell the firearm to someone else, so the CI gave **JOHNSON** $100 to hold the firearm for him.

On February 22, 2011, the CI drove to **JOHNSON**'s residence, located in Indian Head, Charles County, Maryland. **JOHNSON** exited his residence and got into the CI's vehicle. **JOHNSON** gave the CI a Sturm, Ruger and Company Inc. Security-Six .357 magnum revolver, bearing serial number 153-77968, which was loaded with six rounds of .357 magnum Remington ammunition. The CI gave **JOHNSON** $200. **JOHNSON** knowingly possessed the revolver and ammunition.

The Sturm, Ruger and Company Inc. Security-Six .357 magnum revolver, bearing serial number 153-77968, meets the federal definition of a firearm. This revolver and ammunition were manufactured outside of Maryland and therefore traveled in and affected interstate commerce prior to their recovery in the Maryland.

Prior to February 22, 2011, **JOHNSON** had been convicted of the following crimes in either the Circuit Court or the District Court for Charles County (Maryland): possession of a controlled dangerous substance (not marijuana) (2008); indecent exposure (2008); 2nd degree assault (2005); robbery (1989); and misdemeanor theft (1987), all of which are crimes punishable by more than one year in prison. **JOHNSON's** civil rights have not been restored for these offenses.

I have read this statement of facts and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

8/11/11
Date

Terry Johnson

8/11/11
Date

Andy Szekely, Esq.

8